PASQUALE IMPERATO, ADMINISTRATOR AD PROSE-QUENDUM, ETC., RESPONDENT, v. CONCORD CASU-ALTY AND SURETY COMPANY, APPELLANT.

Argued February 8, 1934—Decided April 12, 1934.

For the respondent, *Kalisch & Kalisch.*

For the appellant, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.